UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------- x

CHW GROUP, INC. a/k/a Choice Home Warranty   :

                                    *Plaintiff*,        :

                   - against -                       :

                                                     **RULE 7.1 STATEMENT**

BETTER BUSINESS BUREAU OF NEW JERSEY, :
INC. and MELISSA COMPANICK

                                                     :

                                    *Defendants*.      :

                                                     :

                                                     :

------------------------------------------------------------------- x


## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Plaintiff hereby certifies that

CHW Group, Inc. has no parent corporation and no publicly held corporation owns 10% or more

of CHW Group, Inc..

Dated: New York, New York
       June 2, 2011

                                    __/s/ Aaron J. Solomon_____
                                    Aaron J. Solomon, Esq.
                                    *Attorneys for Plaintiff*
                                    101 Avenue of the Americas, 15$^{th}$Floor
                                    New York, NY 10013
                                    Tel: 212.226.2376